IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

**MAY 18 2017**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                                                                          : Case No.:    12-20603-GLT
                                                                                                : Chapter:     13
Ramona V. Vaughn                                                                  :
                                                                                                :
                                                                                                : Date:        5/17/2017
                                  *Debtor(s)*.                                           : Time:        11:00

## PROCEEDING MEMO

**MATTER:**    #58 - Chapter 13 Trustee's Motion for Discharge and Approval of Report of Receipts
and Disbursements

#60 - Status Conference Why the Debtor Failed to File Certification Discharge Eligibility
#12 - First Certificate of Financial Management Course
#65 - Second Certificate of Financial Management Course

**APPEARANCES:**
  Debtor:     No Appearance
  Trustee:    Ronda J. Winnecour

**NOTES:**

**OUTCOME:**

1. Order to be issued granting Motion for Discharge and authorizing the case to be closed without a discharge.  O/E.
2. Order to be issued regarding the Debtor's failure to file a Certification of Discharge.  (Chambers to prepare).

**DATED:** 5/17/2017