**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED

MAY 1 8 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN RE:
RAMONA V. VAUGHN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-20603

Chapter 13

Related to Dkt. No. 58
Hearing: May 17, 2017 at 11:00 a.m.

ORDER OF COURT

AND NOW, this \_\_\_17th\_\_\_ day of \_\_\_May\_\_\_, 20 17, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

~~(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.~~

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-20603-GLT
Ramona V. Vaughn                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala           Page 1 of 1          Date Rcvd: May 18, 2017
                              Form ID: pdf900      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db         +Ramona V. Vaughn,   538 Clawson Street,   Pittsburgh, PA 15208-1860
cr         +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
13303444   +Asset Recovery Solutions,   2200 E. Devon Avenue, Suite 200,   Des Plaines IL 60018-4501
13425488    CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA,   50368-8971
13293145   +Citimortgage Inc.,   c/o M. Troy Freedman, Esq.,   One Jenkinstown Station, Suite 104,
             115 West Avenue,   Jenkintown, PA 19046-2031
13303446   +Comcast,   c/o RUI Credit Services, Inc.,   225 Broadhollow Road,   Melville, NY 11747-4822
13303448  ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: DirectTV,   P.O. Box 6550,   Greenwood Villiage, CO  80155-6550)
13926609   +MidFirst Bank,   999 NW Grand Blvd., Ste 100,   Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13305994   +E-mail/Text: bankruptcy@cavps.com May 19 2017 00:26:32     Cavalry Portfolio Services, LLC,
             500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE INC
cr              MidFirst Bank
cr*            +MidFirst Bank,   999 NW Grand Blvd.,,   Ste 100,   Oklahoma City, OK 73118-6051
13303445*      +Citimortgage Inc.,   c/o M. Troy Freedman, Esq.,   One Jenkinstown Station, Suite 104,
                 115 West Avenue,   Jenkintown, PA 19046-2031
13303447*     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirectTV,   Payment Center,   P.O. Box 78626,
                  Phoenix, AZ  85062-8626)
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Leon P. Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7