**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ramona V. Vaughn**
    Debtor(s)

Bankruptcy Case No.: 12−20603−GLT

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: May 25, 2017

Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 12-20603-GLT
Ramona V. Vaughn                                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1            Date Rcvd: May 25, 2017
                              Form ID: 129            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db              +Ramona V. Vaughn,    538 Clawson Street,    Pittsburgh, PA 15208-1860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Leon P. Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7